**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CR-30147-MJR |
| ) | |
| NOE FIGUEROA-FELIX, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**
**ADOPTING REPORT & RECOMMENDATION AND**
**ACCEPTING DEFENDANT'S GUILTY PLEA**

REAGAN, District Judge:

On September 8, 2008, the parties appeared before the Honorable Donald G. Wilkerson, United States Magistrate Judge of this District Court. Pursuant to Federal Rule of Criminal Procedure 11 and Southern District of Illinois Local Rule 72.1(b)(2), with the consent of all parties and following a thorough colloquy, Defendant entered a guilty plea as to the charges contained in the indictment (*see* Docs. 25-26).

By Report filed September 9, Judge Wilkerson recommended that the undersigned District Judge accept Defendant's guilty plea, find Defendant guilty, direct the Probation Office to prepare a presentence investigation report, and schedule sentencing herein. The parties were given an opportunity to object to Judge Wilkerson's Report. That deadline has elapsed without any party filing objections.

Accordingly, the Court **ADOPTS** in its entirety Judge Wilkerson's Report and Recommendation (Doc. 27), **ACCEPTS** Defendant Figueroa-Felix's guilty plea to Counts 1 and 2 of the indictment, and **ADJUDGES** Figueroa-Felix guilty of the offenses set forth therein.  The Court **DIRECTS** the United States Probation Office to prepare a presentence investigation report.  Finally, the Court **SETS SENTENCING** at **9:00 am on December 19, 2008.**

It Is So Ordered.

Dated this 25th day of September 2008.

        s/Michael J. Reagan
        MICHAEL J. REAGAN
        United States District Judge